# UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

### Report on Person Under Supervision

**Person Under Supervision**
Gavin H. Roberts

**Docket Number**
0971 4:24CR00010-001 YGR

**Name of Sentencing Judge:** The Honorable Robert C. Jones
United States District Judge

**Date of Original Sentence:** November 28, 2016

**Original Offense:** Count One: Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846, a Class C felony.

**Original Sentence:** Sixty (60) months custody, followed by three (3) of supervised release
**Special Conditions:** Weapons prohibition; search; no contact with Joy N. Constante, Christopher L. Baumgartner, or any street gang member; abstain from alcoholic beverages; mental health treatment; drug treatment/testing; obtain GED; and report to probation officer within 72 hours.

On January 5, 2024, jurisdiction was transferred from the Eastern District of California to the Northern District of California and assigned to Your Honor.

**Prior Form(s) 12:** None

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Unassigned

**Date Supervision Commenced**
February 17, 2023
**Defense Counsel**
Unassigned

### Petitioning the Court to Take Judicial Notice

### Cause

RE:   Roberts, Gavin H.   2
     0971 4:24CR00010-001 YGR

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe the person under supervision violated mandatory condition number three that states, in part, that he must refrain from any unlawful use of a controlled substance. |
| | On December 4, 2023, Mr. Roberts, reported to the Hope Program located in Hayward, California, and provided a drug test which was confirmed to be positive for cocaine. |
| | Evidence in support of this charge is contained in the Abbott Toxicology Report for specimen identification number B04906401. |

**Action Taken and Reason**

The probation officer addressed the positive drug test with Mr. Roberts in which he stated he will provide negative urine samples going forward. On December 19, 2023, and January 3, 2024, Mr. Roberts submitted two urine samples with treatment providers that were negative for all substances. Mr. Roberts will continue his weekly drug treatment sessions and continue to be tested randomly with treatment providers. Mr. Roberts has been informed that future instances of substances abuse may be met with adverse Court actions. It is respectfully recommended that the Court take judicial notice of the violation conduct.

Respectfully submitted,   Reviewed by:

_____   _____
Manuel Perez   Nicole M. Brown
U.S. Probation Officer   Supervisory U.S. Probation Officer
Date Signed: January 24, 2024

THE COURT ORDERS:

[X]   The Court concurs and takes judicial notice
[ ]   Submit a request to modify supervision
[ ]   Submit a request for a warrant
[ ]   Submit a request for summons

NDC-SUPV-FORM 12A   4/6/2015

**RE:** Roberts, Gavin H. 3
0971 4:24CR00010-001 YGR

☐ Other:

_____February 1, 2024_____        _[signature]_____
Date                                    Yvonne Gonzalez Rogers
                                        United States District Judge

NDC-SUPV-FORM 12A   4/6/2015