UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
BRUCE R. THOMPSON U.S. COURTHOUSE
AND FEDERAL BUILDING
400 SOUTH VIRGINIA STREET #301
RENO, NEVADA   89501
(775) 686-5800

FILED
MAR 17 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEBRA K. KEMPI**
DISTRICT COURT EXECUTIVE/CLERK

**VICENTE ANGOTTI**
CHIEF DEPUTY, LAS VEGAS

**DIONNA NEGRETE**
DEPUTY IN CHARGE, RENO

March 13, 2025

Clerk's Office
Ronald V. Dellums Federal Building
& United States Courthouse
1301 Clay Street
Oakland, CA   94612

   RE: USA v. Gavin H. Roberts
       Your File No. 4:24-cr-00010-YGR
       Our File No.   3:25-mj-00042-CLB

Dear Deputy Clerk:

   Please be advised that the above-referenced defendant was arrested in the District of Nevada (Reno) on the warrants issued from the Northern District of California ~ Oakland on November 15, 2024, and January 3, 2025. Mr. Roberts appeared before the Honorable Carla Baldwin, United States Magistrate Judge, and was remanded to the custody of the United States Marshals for transport to the Northern District of California. Included are the documents from the District of Nevada (Reno).

   If you have any questions or require further information, please do not hesitate to contact me at (775) 686-5653.

                                   Sincerely,

                                   DEBRA K. KEMPI, CLERK OF COURT

                                   *Lisa Mann*
                                   By: Lisa Mann
                                   Courtroom Administrator to
                                   Magistrate Judge Carla Baldwin

AO 94 (Rev. 06/09) Commitment to Another District

FILED ✓    RECEIVED
ENTERED    SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 11 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GAVIN H. ROBERTS | ) | Case No. 3:25-MJ-00042-CLB |
| | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No. 4:24-CR-00010-YGR |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Northern___ District of ___California___,
*(if applicable)* ___Oakland___ division. The defendant may need an interpreter for this language: ___N/A___.

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: ___03/11/2025___

_____
*Judge's signature*

___CARLA BALDWIN, UNITED STATES MAGISTRATE JUDGE___
*Printed name and title*

AO 466 (Rev. 12/17) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

```
                    ___✓___ FILED       _____ RECEIVED
                    _____ ENTERED     _____ SERVED ON
                              COUNSEL/PARTIES OF RECORD

                              MAR 11 2025

                         CLERK US DISTRICT COURT
                           DISTRICT OF NEVADA
                    BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | |
|---|---|
| United States of America )<br>v. )<br>Gavin Roberts )<br><br>_____<br>*Defendant* ) | Case No.  3:25-mj-00042<br><br>Charging District's Case No.   4:24CR00010-001 YGR |

## WAIVER OF RULE 32.1 HEARING
### (Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*    Northern District of California    .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐ an identity hearing and production of the judgment, warrant, and warrant application.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   03/11/2025                    X _____
                                         *Defendant's signature*

                                      _____
                                      *Signature of defendant's attorney*

                                      _____Allie Wilson_____
                                      *Printed name of defendant's attorney*

```
____✓____ FILED        _____ RECEIVED
_____ ENTERED       _____ SERVED ON
                       COUNSEL/PARTIES OF RECORD

        MAR 11 2025

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

**UNITED STATES OF AMERICA** :

vs. : Crim. No. 3:25-mj-00042

**Gavin Roberts**
_____
Defendant :

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with any local, state or federal government or its agents. I will not waive any of my constitutional rights except in the presence of counsel, and I do not want any local, state or federal government or its agents to contact me seeking my waiver of any rights unless my counsel is present.

_____
(Defendant's signature)

Allie Wilson            200 S. Virginia Street, Ste 340 Reno, NV 89501
_____
(Attorney's name/address)

_____
(Attorney's signature)

Date: 3/11/2025          Time: 11:20 (a.m.)/ p.m.

```
_____ FILED      _____ RECEIVED
_____ ENTERED    _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

         MAR 11 2025

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA

vs.

**Gavin Roberts**

DEFENDANT

CRIMINAL CASE NO. ___3:25-mj-00042___

### ASSERTION OF RIGHT TO BE PRESENT IN COURT UNSHACKLED AND PRESERVATION OF APPELLATE RIGHTS

I assert my Fifth and Sixth Amendment Rights to be present in court without shackles, and further assert that appearing in court without shackles is necessary to maintain dignity and decorum in the judicial process.

I submit that the Court cannot institute a policy requiring defendants be shackled in every case. Instead, before I may be shackled for any courtroom proceeding, the Court must make an individualized decision on the record that a specific security need particular to me exists.

To order shackling, the Court must make an individualized determination finding that shackling serves a compelling government purpose and the particular shackling method is the least restrictive means for maintaining security and order in the courtroom. In making this determination, the Court should consider whether evidence exists demonstrating: a history of disruptive courtroom behavior; attempts to escape from custody; assaults or attempted assaults while in custody; or a pattern of defiant behavior towards corrections officials and judicial authorities.

Until the Court makes an individualized shackling determination on the record, I request to appear in court without shackles. The shackling determination must be made in my and my counsel's presence, allowing my counsel to object and create an evidentiary record.

This Assertion serves as a standing objection of my right to appear in court unshackled at all future appearances, without the need for me to reassert these rights or re-object to the shackling. This Assertion also preserves my right to appeal the Court's shackling decisions.

_____
Defendant's Signature

_____
Attorney's Signature

3/11/2025
_____
Date and time

**Allie Wilson**
_____
Attorney Name, AFPD
200 S. Virginia St., #340
Reno, NV 89501

```
___FILED         ___RECEIVED
___ENTERED       ___SERVED ON
              COUNSEL/PARTIES OF RECORD

         MAR 1 1 2025

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:25-mj-00042-CLB |
| Plaintiff, | |
| vs. | **ORDER APPOINTING COUNSEL** |
| GAVIN H. ROBERTS, | |
| Defendant. | |

The individual named below, having testified under oath or having otherwise satisfied this Court that he/she: (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore,

**IT IS ORDERED** that the Federal Public Defender for the District of Nevada is hereby appointed to represent Defendant.

**IT IS FURTHER ORDERED** that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the Office of the Federal Public Defender, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

**IT IS FURTHER ORDERED** that if counsel for the individual desires subpoenas to be served outside the State of Nevada, further application pursuant to Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of said subpoenas.

DATED: March 11, 2025

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES  ☒ DISTRICT COURT   ☐ COURT OF APPEALS

IN THE CASE OF

USA v. Gavin Roberts

LOCATION NUMBER

MAR 11 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

PERSON REPRESENTED (Show your full name)

Gavin Roberts

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

DOCKET NUMBERS
Magistrate Judge: 3:25-mj-00042
District Court:
Court of Appeals:

CHARGE/OFFENSE (Describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

### EMPLOYMENT

Do you have a job?  ☐ Yes  ☒ No
IF YES, how much do you earn per month? _____
Will you still have a job after this arrest?  ☐ Yes  ☐ No  ☒ Unknown

### INCOME & ASSETS — PROPERTY

Do you own any of the following, and if so, what is it worth?

|  | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ 0 |  |
| Car/Truck/Vehicle | $ |  |
| Boat | $ |  |
| Stocks/bonds | $ |  |
| Other property | $ |  |

### CASH & BANK ACCOUNTS

Do you have any cash, or money in savings or checking accounts?  ☒ Yes  ☐ No
IF YES, give the total approximate amount after monthly expenses  $ 0

### OBLIGATIONS, EXPENSES, & DEBTS

How many people do you financially support? 0

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 0 | $ |
| Groceries | $ | $ |
| Medical expenses | $ | $ |
| Utilities | $ | $ |
| Credit cards | $ | $ |
| Car/Truck/Vehicle | $ | $ |
| Childcare | $ | $ |
| Child support | $ | $ |
| Insurance | $ | $ |
| Loans | $ | $ |
| Fines | $ | $ |
| Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

X _____
SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)

Date: 3/11/2025

## Minutes of Proceedings

[3:25-mj-00042-CLB USA v. Roberts](#)

### United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 3/12/2025 at 10:01 AM PDT and filed on 3/11/2025
**Case Name:**          USA v. Roberts
**Case Number:**        [3:25-mj-00042-CLB](#)
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
**MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to Gavin H. Roberts held on 3/11/2025 before Magistrate Judge Carla Baldwin. Crtrm Administrator: *LGM*; AUSA: *Andolyn Johnson*; Def Counsel: *Allie Wilson*; USPO: *Matthew McKeon*; Recording start and end times: *3:00:46 - 3:07:25*; Courtroom: *1*. Defendant is present. Financial Affidavit filed. The Federal Public Defenders Office is appointed as defense counsel. Defendant files an Assertion of Right to be Present in Court Unshackled and an Assertion of 5th & 6th Amendment Rights. Waiver of Identity Hearing, Preliminary Hearing, and Detention Hearing filed. ORDERED defendant identified as named defendant in the petition and is held to answer in the Northern District of California. Next appearance date in originating district is on a date and time to be determined by the U.S. Marshals Service. Defendant is remanded to the custody of the U.S. Marshals Service for transport to the Northern District of California. IT IS SO ORDERED. (no image attached) (Copies have been distributed pursuant to the NEF - LGM)**

**3:25-mj-00042-CLB-1 Notice has been electronically mailed to:**

Megan Rachow, AUSA    megan.rachow@usdoj.gov, CaseView.ECF@usdoj.gov, danielle.lavelle@usdoj.gov, elizabeth.sweden@usdoj.gov, peter.king@usdoj.gov

Allie Wilson    allie_wilson@fd.org, ECF_Reno@fd.org, katrina_burden@fd.org

**3:25-mj-00042-CLB-1 Notice has been delivered by other means to:**

**CLERK, U.S. DISTRICT COURT**
DISTRICT OF NEVADA
400 SOUTH VIRGINIA ST. ROOM 301
RENO, NEVADA 89501

OFFICIAL BUSINESS

Clerk's Office
Ronald V. Dellum
& United States C
1301 Clay Street
Oakland, CA  946

s Federal Building
ourthouse

12

**RECEIVED**

MAR 17 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



